UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KP DESIRE ST., LLC, | : | CASE NO.: 2:23-cv-04632 |
| Plaintiff, | : | |
| | : | DISTRICT JUDGE: |
| v. | : | LANCE M. AFRICK |
| | : | |
| VELOCITY RISK UNDERWRITERS, | : | MAGISTRATE JUDGE: |
| | : | DONNA PHILLIPS CURRAULT |
| Defendant. | : | |

## **VELOCITY RISK UNDERWRITERS, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

COMES NOW Defendant Velocity Risk Underwriters, LLC (hereinafter "Velocity"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Civil Procedure 12(b)(5), hereby moves to dismiss Plaintiff's Complaint. Plaintiff fails to state a claim upon which relief can be granted as Plaintiff has no privity of contract with Velocity, and Velocity is not a party to the contract of insurance upon which this lawsuit is based. Further, Plaintiff has failed to perfect service of process upon Velocity within ninety (90) days of filing this lawsuit. Velocity requests that this Court enter an Order dismissing Plaintiff's Complaint, with prejudice, against Velocity.

A Memorandum of Law in Support of this Motion to Dismiss has been filed contemporaneously herewith.

**WHEREFORE**, Defendant Velocity Risk Underwriters, LLC, by and through undersigned counsel, respectfully prays that the court grant Defendant's Motion to Dismiss, dismissing Plaintiff's Complaint with prejudice.

This the 12th day of April 2024.                                  Respectfully submitted,

                                                                                    /s/ *Shawn M. Brooks*
                                                                                   Chaunda "Shawn" M. Brooks (La.#38607)
                                                                                   ROLFES HENRY CO., LPA
                                                                                   8550 United Plaza Boulevard, Suite 702
                                                                                   Baton Rouge, Louisiana  70809
                                                                                   Telephone:  800-720-0613
                                                                                   Facsimile:  228-299-0430
                                                                                   E: sbrooks@rolfeshenry.com
                                                                                   E: ctiblier@rolfeshenry.com

                                                                                   *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Motion to Dismiss* has been electronically filed with the Clerk of the Courts by using the ECF system, which will send notice of the electronic filing to all counsel of record. I further certify that a copy of the foregoing has this day been forwarded, via U.S. Mail postage prepaid, to all parties who are non-ECF participants.

Rachel Jokinen, Esq.
KANDELL, KANDELL & PETRIE, P.A.
2665 South Bayshore Drive, Suite 500
Miami, Florida  33133
rachel@kkpfirm.com

*Attorney for Plaintiff*

SO CERTIFIED, this 12th day of April, 2024.

/s/ Shawn M. Brooks
Chaunda "Shawn" M. Brooks